MILES M. O'BRIEN et al., as Receivers, etc., Appellants, *v.*
RONALD T. McDONALD et al., Respondents.*

(Argued January 23, 1895; decided February 8, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made at the May term, 1894, which affirmed a judg-
ment in favor of defendants entered upon an order dismiss-
ing the complaint on trial at Circuit.

*Louis Marshall* for appellants.

*William B. Putney* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

KATE A. PRIMEAU, as Administratrix, etc., Respondent, *v.*
THE NATIONAL LIFE ASSOCIATION, Appellant.

(Argued January 23, 1895; decided February 8, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an
order made May 10, 1894, which affirmed a judgment in favor
of plaintiff entered upon a decision of the court on trial at
Special Term.

*W. A. Sutherland* for appellant.

*Henry Purcell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 78 Hun, 420.